UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

In re:                                     §      Case No. 11-02285
                                           §
SHANE HANDWERG                             §
ANGIE HANDWERG                             §
                                           §
                                           §
           Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Lisa E. Gocha, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $105,400.00 | Assets Exempt: | $39,189.75 |
| Total Distributions to Claimants: | $1,424.13 | Claims Discharged Without Payment: | $39,531.99 |
| Total Expenses of Administration: | $475.89 | | |

3)   Total gross receipts of $1,900.02 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,900.02 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $108,663.32 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $475.89 | $475.89 | $475.89 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,000.00 | $1,023.62 | $1,023.62 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $39,220.54 | $30,381.59 | $30,381.59 | $1,424.13 |
| **Total Disbursements** | $148,883.86 | $31,881.10 | $31,881.10 | $1,900.02 |

4). This case was originally filed under chapter 7 on 03/04/2011. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/06/2013    By:  /s/ Lisa E. Gocha
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Preference/Nancy Alton | 1241-000 | $1,900.00 |
| Interest Earned | 1270-000 | $0.02 |
| **TOTAL GROSS RECEIPTS** | | $1,900.02 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IndyMac Mortgage Services | 4110-000 | $91,673.46 | NA | $0.00 | $0.00 |
| | Ocwen Loan Servicing, LLC | 4110-000 | $16,989.86 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $108,663.32 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lisa E. Gocha, Trustee | 2100-000 | NA | $475.01 | $475.01 | $475.01 |
| Bank of Texas | 2600-000 | NA | $0.88 | $0.88 | $0.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $475.89 | $475.89 | $475.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Grand Rapids | 5800-000 | $1,000.00 | $1,023.62 | $1,023.62 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,000.00 | $1,023.62 | $1,023.62 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | $5,645.09 | $5,663.67 | $5,663.67 | $265.48 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | $4,239.34 | $4,334.46 | $4,334.46 | $203.18 |
| 4 | Credit Union One | 7100-000 | $5,877.82 | $6,232.50 | $6,232.50 | $292.15 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $2,948.18 | $3,152.99 | $3,152.99 | $147.80 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $3,218.43 | $3,343.37 | $3,343.37 | $156.72 |
| 7 | Capital One, N.A. | 7100-000 | $2,676.69 | $2,396.20 | $2,396.20 | $112.32 |
| 8 | GE Money Bank | 7100-000 | $833.84 | $927.56 | $927.56 | $43.48 |
| 9 | HSBC Bank Nevada, N.A. | 7100-000 | $315.38 | $320.08 | $320.08 | $15.00 |
| 10 | HSBC Bank Nevada, N.A. | 7100-000 | $3,914.86 | $4,010.76 | $4,010.76 | $188.00 |
|  | HSBC Card Services/ GM Card | 7100-000 | $2,273.59 | NA | NA | $0.00 |
|  | Kohls | 7100-000 | $2,277.32 | NA | NA | $0.00 |
|  | Nancy K. Alton | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,220.54 | $30,381.59 | $30,381.59 | $1,424.13 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 11-02285 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | HANDWERG, SHANE AND HANDWERG, ANGIE | | Date Filed (f) or Converted (c): | 03/04/2011 (f) |
| For the Period Ending: | 6/6/2013 | | §341(a) Meeting Date: | 04/11/2011 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Preference/Nancy Alton (u) | $0.00 | $2,500.00 | | $1,900.00 | FA |
| 2 | 1267 Butterworth Street SW Grand Rapids, MI 49504 Parcel No. 41-13-26-378-040 SEV Doubled is $105,400.00 ***Debtors to surrender their interest in this property. | $105,400.00 | $0.00 | | $0.00 | FA |
| 3 | Cash | $60.00 | $0.00 | | $0.00 | FA |
| 4 | Checking account at Credit Union One | $10.00 | $0.00 | | $0.00 | FA |
| 5 | Checking account at Fifth Third Bank | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Savings account at Credit Union One | $5.00 | $0.00 | | $0.00 | FA |
| 7 | Savings account at Fifth Third Bank | $25.00 | $0.00 | | $0.00 | FA |
| 8 | Household goods and furnishings | $6,500.00 | $0.00 | | $0.00 | FA |
| 9 | Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Jewelry: Wedding band Diamond Earings | $800.00 | $0.00 | | $0.00 | FA |
| 11 | Coin Collection | $100.00 | $0.00 | | $0.00 | FA |
| 12 | Sporting Goods: Digital Camera $100.00 2 Bikes $80.00 Golf Clubs $200.00 Hunting Gear $60.00 4 Guns- 1. 50 Calibur $100.00 2. 30/0/6 $100.00 3. 22 Calibur $100.00 4. 20 guage shot gun $100.00 Compound Bow $150.00 | $990.00 | $0.00 | | $0.00 | FA |
| 13 | Star Wars Trading Cards (Collection incomplete) | $50.00 | $0.00 | | $0.00 | FA |
| 14 | Term Life Insurance Policy Modern Woodmen of America Death Benefit $370,000.00 | $1.00 | $0.00 | | $0.00 | FA |
| 15 | Term Life Insurance Policy Modern Woodmen of America Death Benefit $370,000.00 | $1.00 | $0.00 | | $0.00 | FA |
| 16 | Anticpated 2010 tax refund Amount based on Debtors 2009 tax refund. | $2,515.00 | $0.00 | | $0.00 | FA |
| 17 | Earned Wages | $1,500.00 | $0.00 | | $0.00 | FA |
| 18 | Earned Wages | $773.65 | $0.00 | | $0.00 | FA |
| 19 | Anticipated 2011 tax refund Pro-rated based on 2009 tax refund of $2515.00 divided by 365 and multiplied by 63. | $434.10 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 11-02285 | Trustee Name: | Lisa E. Gocha |
| Case Name: | HANDWERG, SHANE AND HANDWERG, ANGIE | Date Filed (f) or Converted (c): | 03/04/2011 (f) |
| For the Period Ending: | 6/6/2013 | §341(a) Meeting Date: | 04/11/2011 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Child Support Arrearage: Co-Debtor is owed $18,000.00 in child support. She believes the DSO is uncollectable at this time. | $18,000.00 | $0.00 | | $0.00 | FA |
| 21 | 1995 Chevy Truck 225,000 Miles 4x4 Value based on NADA | $2,550.00 | $0.00 | | $0.00 | FA |
| 22 | 1997 KTM 250cc Dirtbike | $1,000.00 | $0.00 | | $0.00 | FA |
| 23 | 1999 Chevy Blazer 234,000 Miles 4x4 Value based on NADA | $1,825.00 | $0.00 | | $0.00 | FA |
| 24 | 2003 Kawasaki KX 65cc Dirtbike Debtor does not have the title to this bike. | $750.00 | $0.00 | | $0.00 | FA |
| 25 | Masonary Hand Tools | $100.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.02 | FA |

**TOTALS (Excluding unknown value)**        $144,589.75        $2,500.00        $1,900.02        **Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**
Referred to realtor for possible short sale. Demand letter sent regarding preference payment
Motion to Hire REaltor filed
Property still on market.
City of Grand Rapids returned check, saying claim paid in full. Will do a supplemental distribution

Initial Projected Date Of Final Report (TFR):   05/16/2012        Current Projected Date Of Final Report (TFR):   05/16/2012        /s/ LISA E. GOCHA
                                                                                                                                 LISA E. GOCHA

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-02285 | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|
| Case Name: | HANDWERG, SHANE AND HANDWERG, ANGIE | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7391 | | | Checking Acct #: | ******0961 |
| Co-Debtor Taxpayer ID #: | ******7392 | | | Account Title: | DDA |
| For Period Beginning: | 3/4/2011 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/6/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $300.02 | | $300.02 |
| 09/21/2011 | (1) | Angie Handwerg | Payment re: PReference | 1241-000 | $150.00 | | $450.02 |
| 10/11/2011 | (1) | Angie Handwerg | Payment re: Preference | 1241-000 | $150.00 | | $600.02 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.76 | $598.26 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | 2600-000 | | ($0.88) | $599.14 |
| 11/22/2011 | (1) | Angie Handwerg | Preference Payment | 1241-000 | $150.00 | | $749.14 |
| 01/10/2012 | (1) | Angie Handwerg | Preference Payment | 1241-000 | $150.00 | | $899.14 |
| 01/24/2012 | (1) | Angie Handwerg | Payment re: Preference Payment | 1241-000 | $150.00 | | $1,049.14 |
| 02/21/2012 | (1) | Angie Handwerg | Payment re: Preference | 1241-000 | $150.00 | | $1,199.14 |
| 03/22/2012 | (1) | Angie Handwerg | Payment re: Preference | 1241-000 | $150.00 | | $1,349.14 |
| 05/17/2012 | (1) | Angie Handwerg | Preference Payment | 1241-000 | $150.00 | | $1,499.14 |
| 05/29/2012 | (1) | Shane Handwerg | Payment re: Preference | 1241-000 | $150.00 | | $1,649.14 |
| 07/11/2012 | (1) | Angie Handwerg | Payment re: Preference | 1241-000 | $250.00 | | $1,899.14 |
| 09/20/2012 | 5001 | Lisa E. Gocha | Trustee Compensation | 2100-000 | | $475.01 | $1,424.13 |
| 09/20/2012 | 5002 | City of Grand Rapids | Final | 5800-000 | | $1,023.62 | $400.51 |
| 09/20/2012 | 5003 | FIA CARD SERVICES, N.A. | Final | 7100-000 | | $74.67 | $325.84 |
| 09/20/2012 | 5004 | FIA CARD SERVICES, N.A. | Final | 7100-000 | | $57.14 | $268.70 |
| 09/20/2012 | 5005 | Credit Union One | Final | 7100-000 | | $82.16 | $186.54 |
| 09/20/2012 | 5006 | Chase Bank USA, N.A. | Final | 7100-000 | | $41.56 | $144.98 |
| 09/20/2012 | 5007 | Chase Bank USA, N.A. | Final | 7100-000 | | $44.07 | $100.91 |
| 09/20/2012 | 5008 | Capital One, N.A. | Final | 7100-000 | | $31.59 | $69.32 |
| 09/20/2012 | 5009 | GE Money Bank | Final | 7100-000 | | $12.23 | $57.09 |
| 09/20/2012 | 5010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.22 | $52.87 |
| | | | Claim Amount $(4.22) | 7100-000 | | | $52.87 |
| 09/20/2012 | 5011 | HSBC Bank Nevada, N.A. | Final | 7100-000 | | $52.87 | $0.00 |
| 02/25/2013 | 5002 | VOID: City of Grand Rapids | | 5800-003 | | ($1,023.62) | $1,023.62 |
| 03/14/2013 | 5012 | FIA CARD SERVICES, N.A. | Final | 7100-000 | | $190.81 | $832.81 |
| 03/14/2013 | 5013 | FIA CARD SERVICES, N.A. | Final | 7100-000 | | $146.04 | $686.77 |
| | | | **SUBTOTALS** | | $1,900.02 | $1,213.25 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-02285 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | HANDWERG, SHANE AND HANDWERG, ANGIE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7391 | | Checking Acct #: | ******0961 |
| Co-Debtor Taxpayer ID #: | ******7392 | | Account Title: | DDA |
| For Period Beginning: | 3/4/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/6/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2013 | 5014 | Credit Union One | Final | 7100-000 | | $209.99 | $476.78 |
| 03/14/2013 | 5015 | Chase Bank USA, N.A. | Final | 7100-000 | | $106.24 | $370.54 |
| 03/14/2013 | 5016 | Chase Bank USA, N.A. | Final | 7100-000 | | $112.65 | $257.89 |
| 03/14/2013 | 5017 | Capital One, N.A. | Final | 7100-000 | | $80.73 | $177.16 |
| 03/14/2013 | 5018 | GE Money Bank | Final | 7100-000 | | $31.25 | $145.91 |
| 03/14/2013 | 5019 | HSBC Bank Nevada, N.A. | Final | 7100-000 | | $10.78 | $135.13 |
| 03/14/2013 | 5020 | HSBC Bank Nevada, N.A. | Final | 7100-000 | | $135.13 | $0.00 |
| | | | TOTALS: | | $1,900.02 | $1,900.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $300.02 | $0.00 | |
| | | | Subtotal | | $1,600.00 | $1,900.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,600.00 | $1,900.02 | |

| For the period of 3/4/2011 to 6/6/2013 | | For the entire history of the account between 09/16/2011 to 6/6/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,600.00 | Total Compensable Receipts: | $1,600.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,600.00 | Total Comp/Non Comp Receipts: | $1,600.00 |
| Total Internal/Transfer Receipts: | $300.02 | Total Internal/Transfer Receipts: | $300.02 |
| | | | |
| Total Compensable Disbursements: | $1,900.02 | Total Compensable Disbursements: | $1,900.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,900.02 | Total Comp/Non Comp Disbursements: | $1,900.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-02285 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | HANDWERG, SHANE AND HANDWERG, ANGIE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7391 | Money Market Acct #: | ******2285 |
| Co-Debtor Taxpayer ID #: | ******7392 | Account Title: | |
| For Period Beginning: | 3/4/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/6/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2011 | (1) | Angie Handwerg | Payment re: Preference | 1241-000 | $150.00 | | $150.00 |
| 08/12/2011 | (1) | Angie Handwerg | Payment regarding preference | 1241-000 | $150.00 | | $300.00 |
| 08/31/2011 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.01 | | $300.01 |
| 09/16/2011 | (INT) | Sterling Bank | Interest Earned For September 2011 | 1270-000 | $0.01 | | $300.02 |
| 09/16/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $300.02 | $0.00 |
| | | | TOTALS: | | $300.02 | $300.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $300.02 | |
| | | | Subtotal | | $300.02 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $300.02 | $0.00 | |

For the period of 3/4/2011 to 6/6/2013

| | |
|---|---|
| Total Compensable Receipts: | $300.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $300.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $300.02 |

For the entire history of the account between 07/12/2011 to 6/6/2013

| | |
|---|---|
| Total Compensable Receipts: | $300.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $300.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $300.02 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-02285 | Trustee Name: | Lisa E. Gocha |
| --- | --- | --- | --- |
| Case Name: | HANDWERG, SHANE AND HANDWERG, ANGIE | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7391 | Money Market Acct #: | ******2285 |
| Co-Debtor Taxpayer ID #: | ******7392 | Account Title: | |
| For Period Beginning: | 3/4/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/6/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $1,900.02 | $1,900.02 | $0.00 |

**For the period of 3/4/2011 to 6/6/2013**

| | |
| --- | ---: |
| Total Compensable Receipts: | $1,900.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,900.02 |
| Total Internal/Transfer Receipts: | $300.02 |
| Total Compensable Disbursements: | $1,900.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,900.02 |
| Total Internal/Transfer Disbursements: | $300.02 |

**For the entire history of the case between 03/04/2011 to 6/6/2013**

| | |
| --- | ---: |
| Total Compensable Receipts: | $1,900.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,900.02 |
| Total Internal/Transfer Receipts: | $300.02 |
| Total Compensable Disbursements: | $1,900.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,900.02 |
| Total Internal/Transfer Disbursements: | $300.02 |

/s/ LISA E. GOCHA

LISA E. GOCHA